1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   JARED DAKOTA GUIN,                        Case No. 1:25-cv-00440-CDB (PC)

12                        Plaintiff,           ORDER GRANTING APPLICATION TO
                                               PROCEED *IN FORMA PAUPERIS*
13          v.
                                               (Doc. 2)
14   SUPERIOR COURT OF TUOLUMNE
     COUNTY, *et al.*,                         ORDER DIRECTING PAYMENT
15                                             OF INMATE FILING FEE BY THE
                         Defendants.           TUOLUMNE COUNTY SHERIFF
16

17          Plaintiff Jared Dakota Guin ("Plaintiff") is a state prisoner proceeding pro se with a

18   complaint asserting civil rights violations pursuant to 42 U.S.C. § 1983.  Plaintiff did not pay the

19   filing fee in this action and, instead, applied to proceed *in forma pauperis* pursuant to 28 U.S.C. §

20   1915.  (Doc. 2).  Plaintiff has made the showing required by § 1915(a).  Accordingly, the request

21   to proceed *in forma pauperis* will be granted.

22          Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action and to make

23   monthly payments in the amount of twenty percent (20%) of the preceding month's income credited

24   to Plaintiff's trust account.  28 U.S.C. § 1915(b)(1).  The Tuolumne County Sheriff is required to

25   send to the Clerk of the Court payments from Plaintiff's account each time the amount in the

26   account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27          ///

28          ///

1

1    Accordingly, it is HEREBY ORDERED:

2    1.  Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is GRANTED.

3    2.  **The Tuolumne County Sheriff or his designee shall collect payments from Plaintiff's**
4       **prison trust account in an amount equal to twenty percent (20%) of the preceding**
5       **month's income credited to the prisoner's trust account and shall forward those**
6       **payments to the Clerk of the Court each time the amount in the account exceeds**
7       **$10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been**
8       **collected and forwarded to the Clerk of the Court.  The payments shall be clearly**
9       **identified by the name and number assigned to this action.**

10   3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in*
11      *forma pauperis* application on the Tuolumne County Sheriff located at 12915 Justice Center
12      Drive, Sonora, CA 95370.

13   4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department,
14      U.S.  District Court, Eastern District of California, Sacramento Division.

15   IT IS SO ORDERED.

16   Dated:   **April 17, 2025**
17                                                UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28